**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 128 EAL 2023
                               :
         Respondent           :
                               :  Petition for Allowance of Appeal
                               :  from the Order of the Superior Court
        v.                 :
                               :
                               :
ABDULLATEEF MUHAMMAD,       :
                               :
         Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal and Application to Remove Counsel are **DENIED**.